DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 416P12 | Mary Ann Wilcox v. City of Asheville; William Hogan, individually and in his official capacity as the Chief of the City of Asheville Police Department; Stony Gonce, individually and in his official capacity as a Police Officer for the City of Asheville; Brian Hogan, individually and in his official capacity as a Police Officer for the City of Asheville; and Cheryl Intveld, individually and in her official capacity as a Police Officer for the City of Asheville | 1. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Motion for Temporary Stay (COA12-12) | 1. Allowed **10/04/12** Dissolved the Stay **03/07/13** |
| | | 2. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's NOA Based Upon a Constitutional Question | 4. Dismissed *ex mero motu* |
| | | 5. Plt's PDR Under N.C.G.S. § 7A-31 | 5. Denied |
| | | 6. Defs' (City of Asheville, Stony Gonce, Brian Hogan, and Cheryl Intveld) Conditional PDR Under N.C.G.S. § 7A-31 | 6. Dismissed as Moot |
| 418P12 | Mark Elliott, Tor and Michelle Gabrielson, Michihiro and Yoko Kashima, on behalf of themselves and all others similarly situated v. KB Home North Carolina, Inc. and KB Home Raleigh-Durham, Inc. and KB Home Raleigh-Durham, Inc., Third-Party Plaintiff v. Stock Building Supply, LLC, Third-Party Defendant | Def's (KB Home Raleigh-Durham, Inc.) PWC to Review Order of COA (COA12-769) | Denied |